UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 14, 2024

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **GRAND JURY ORIGINAL** |
| **DEREK GAINES,** | : | **VIOLATIONS:** |
| Defendant. | : | **21 U.S.C. § 841(a)(1) and (b)(1)(C)** (**Unlawful Distribution of a Mixture or Substance which Contains Cocaine**) |
| | : | **21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(vi)** (**Unlawful Distribution of Forty Grams or More of Fentanyl**) |
| | : | **FORFEITURE** **21 U.S.C. §§ 853(a) and (p)** |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 4, 2024, within the District of Columbia, **DEREK GAINES**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of a Mixture or Substance which Contains Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C))

### COUNT TWO

On or about April 4, 2024, within the District of Columbia, **DEREK GAINES**, did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT THREE

On or about June 6, 2024, within the District of Columbia, **DEREK GAINES**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of a Mixture or Substance which Contains Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C))

### COUNT FOUR

On or about June 6, 2024, within the District of Columbia, **DEREK GAINES**, did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT FIVE

On or about July 25, 2024, within the District of Columbia, **DEREK GAINES**, did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### FORFEITURE ALLEGATION

Upon conviction of [any of the offenses listed in Counts 1, 2, 3, 4, and/or 5 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The United States

will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

**(Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

A TRUE BILL:

FOREPERSON.

*[signature]*

Attorney of the United States in
and for the District of Columbia.